PER CURIAM.

(No. 74-CC-466—Claimant )

ASA BUTLER, ADM., ETC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed May 10, 1974.*

A. WENDELL WHEADON, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELD-MAN, Assistant Attorney General, for Respondent.

PER CURIAM.